LAWRENCE Y. ISER (SBN 94611)
liser@kwikalaw.com
ALLEN SECRETOV (SBN 301655)
asecretov@kwikalaw.com
KINSELLA WEITZMAN ISER KUMP & ALDISERT, LLP
808 Wilshire Boulevard, Third Floor
Santa Monica, California 90401

Attorneys for Defendant Chelsea Dudley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON STONE, an individual, | Case No. 2:19-CV-09492-FMO-JPR |
| Plaintiff, | (Hon. Fernando M. Olguin) |
| v. | **NOTICE OF SETTLEMENT PURSUANT TO CENTRAL DISTRICT LOCAL RULE 40-2** |
| CHELSEA DUDLEY, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
**NOTICE OF SETTLEMENT**
**CASE NO. 2:19-CV-09492-FMO-JPR**

1  **PLEASE TAKE NOTICE THAT** Plaintiff Sharon Stone ("Plaintiff") and Defendant
2  Chelsea Dudley ("Defendant") have settled this matter to the mutual satisfaction of the parties
3  pursuant to a confidential settlement agreement. Defendant respectfully requests that the Court
4  give Plaintiff 10 days to file a dismissal of the action, and any related documents, in accordance
5  with the parties' agreement.

7  Dated: May 21, 2020                KINSELLA WEITZMAN ISER KUMP &
                                      ALDISERT LLP

9                                     By: */s/ Allen Secretov*
                                          Lawrence Y. Iser
10                                        Allen Secretov

11                                    Attorneys for Defendant Chelsea Dudley